United States District Court
Eastern District of California

JAMES PRICE

Plaintiff(s)

V.

HR TRANSPORTATION, et al.

Defendant(s)

Case Number: 2:26-CV-01835-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kayla ‘Auli’ ilani Ganir hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant First AmericanPetroleum, LLC

On 12/21/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/22/2026

Signature of Applicant: /s/ Kayla ‘Auli’ilani Ganir

**Pro Hac Vice Attorney**

Applicant's Name: Kayla ‘Auli’ ilani Ganir

Law Firm Name: Dorsey & Whitney LLP

Address: 701 Fifth Avenue, Suite 6100

City: Seattle, State: WA Zip: 98104

Phone Number w/Area Code: (206) 903-8800

City and State of Residence: Seattle, WA

Primary E-mail Address: ganir.kayla@dorsey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: J. Michael Keyes, SBN 686681

Law Firm Name: Dorsey & Whitney LLP

Address: 701 Fifth Avenue, Suite 6100

City: Seattle State: WA Zip: 98104

Phone Number w/Area Code: (206) 903-8800 Bar # 262281

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE